IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. WDQ-14-0071 |
| | * | |
| **SAMUEL R. VANSICKLE et al** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

## MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES

The United States of America, by and through its undersigned counsel, hereby files this motion to withdraw in the above-referenced case. Assistant United States Attorney Philip A. Selden is entering his appearance as counsel for the United States.

Therefore, Assistant United States Attorney David I. Sharfstein respectfully requests that his appearance be stricken from the above-referenced case.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney


_____/s/_____
David I. Sharfstein
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800