**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| | \* | |
| v. | \* | **CRIMINAL NO. WDQ-14-0071** |
| | \* | |
| **SAMUEL R. VANSICKLE et al** | \* | |
| | \* | |
| **Defendant** | \* | |
| | \* | |
| | \*\*\*\*\*\*\* | |

## ENTRY OF APPEARANCE

Please enter the appearance of Philip A. Selden, Assistant United States Attorney for the District of Maryland on behalf of the United States.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

_____/s/_____
Philip A. Selden
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800